UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GIOVANI ALEXANDER MARTINEZ-PILIA<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 1:17-cv-144<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter the "R&R") (Docket No. 30). The R&R recommended the Court dismiss Giovani Alexander Martinez-Pilia's "Pro Se 28 U.S.C. § 2255 Motion" with prejudice. The deadline to respond to the R&R was November 27, 2018; no objections were filed. After a *de novo* review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Giovani Alexander Martinez-Pilia's "Pro Se 28 U.S.C. § 2255 Motion" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not be issued.

The Clerk is **ORDERED** to close this case.

Signed on this 5th day of December, 2018.

_____
Rolando Olvera
United States District Court